UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC. et al.,
                                 Debtor.
-----------------------------------------------------------X
LONG ISLAND LIGHTING COMPANY, THE
BROOKLYN UNION GAS COMPANY, and
KEYSPAN GAS EAST CORPORATION,
                         Appellants,                      11 **CIVIL** 1338 (CS)

                -against-                                     **JUDGMENT**

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., et al.,
                        Appellee.
-----------------------------------------------------------X

        Appellants having appealed from a Order of the United States Bankruptcy Court for the Southern District of New York, dated January 12, 2011, and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court thereafter, on November 14, 2011, having rendered its Opinion and Order (Doc. #24) affirming the Order of the Bankruptcy Court, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order (Doc. #24) dated November 14, 2011, the Order of the Bankruptcy Court, dated January 12, 2011, is hereby affirmed and the appeal is terminated; accordingly, the case is closed.

**Dated:** White Plains, New York
         November 15, 2011

                                                      _____
                                                         RUBY J. KRAJICK
                                                           Clerk of Court